NOT FINAL UNTIL TIME EXPIRES TO FILE REHEARING
MOTION AND, IF FILED, DETERMINED

IN THE DISTRICT COURT OF APPEAL

OF FLORIDA

SECOND DISTRICT

ANTONIO D. CALLAWAY, )
)
      Appellant, )
)
v. ) Case No. 2D18-4561
)
STATE OF FLORIDA, )
)
      Appellee. )
_____ )

Opinion filed November 20, 2019.

Appeal pursuant to Fla. R. App. P.
9.141(b)(2) from the Circuit Court for Polk
County; Donald G. Jacobsen, Judge.

Antonio D. Callaway, pro se.

PER CURIAM.

      Affirmed.

LaROSE, LUCAS, and BADALAMENTI, JJ., Concur.